UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JUAN RODRIGUEZ

    Defendant-Petitioner    :
:CRIMINAL NO:3:01CR6. (PCD)
CIVIL CASE NO. 3:03CV887 (PCD)

UNITED STATES OF AMERICA,
    Respondent

:     May 16, 2005

PETITIONER'S MOTION FOR ENLARGEMENT OF TIME TO FILE SUPPLEMENTAL REPLY TO GOVERNMENT'S RESPONSE TO PETITIONER'S MOTION TO
28 U.S. C. Section 2255

Defendant through his counsel hereby respectfully requests an extension of time to file a supplemental reply to Government's Response pursuant to Title 28, USC, 2255 through and including July 1, 2005, for the following reasons:

1. Counsel has recently received documentation from Mr. Juan Rodriguez for review that may possible be included in his 2255 reply. Defendant is housed in Big Spring's Texas and all communication must occur via mail delivery.

2. We respectfully request a continuance until July 1, 2005 to allow adequate time to review and research the materials prior to our final supplemental response. Counsel therefore requests and extension through and including July 1, 2005 to properly research information provided by Mr. Juan Rodriguez and supplement our reply to the Government's response if necessary.

Respectfully submitted,

Attorney Gerald L. Harmon

By: _____
Gerald L. Harmon (ct 13523)
290 Pratt Street
Meriden, CT 06450
(203) 639-1956

CERTIFICATION

I hereby certify that copies of the foregoing Request for Extension of Time were mailed to the following parties of record on May 16, 2005 as follows:

Attorney Robert M. Appleton
Assistant United States Attorney
915 Lafayette Boulevard
Bridgeport, CT 06604

District Court of Connecticut
Civil Clerk's Office
141 Church Street
New Haven, CT 06510

Juan Rodriguez #14078-014
Federal Correctional Institution
1900 Simler Avenue
Big Spring, Texas 79720

Gerald L. Harmon, Esq.