IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

Juan Rodriguez
    Petitioner,

v.

United States of America

No:3:01cr6
No:3:03cv 887 (PCD)

## MOTION REQUESTING BAIL PENDING APPEAL PURSUANT TO FED. R. APP. (23)(c)

Comes now the Petitioner "Juan Rodriguez" Pro se named in the above Captioned Cause Humbly and respectfully request bail (Bond) pending a final determination of the above cited case on appeal, motion to vacate set, aside or correct sentence pursuant to 28 U.S.C. §2255. "A release from custody pending appeal is to be based on consideration of such circumstances as (1) The possibility of flight; (2) the risk that the Petitioner will pose a danger to the public if released and (3) the states interest in containing custody and rehabilitation pending a final determination of the case on appeal. See <u>Hilton v. Braunskill</u>, 95 Led. 2d. at 724. Petitioner Rodriguez meets all three (3) criterial starting with number (1)...

Petitioner Rodriguez however does not pose any threat of flight. Whats noteworthy is that prior incarceration records indicate that from 5/18/99 to 6/21/99 at the Carl Robinson Correctional Institution Rodriguez was recommended for outside clearance to work without supervision. Moreover on or about 7/7/99, and 8/12/99 at Webster Correctional Institution he was recommended outside clearence without stipulation approval to work on the state highways.

In 1991, Rodriguez was approved for "furlough" and specifically completed (17) furloughs sucessfully with some being 48-hours, and 72-hours. All of these furloughs took place at the J.B. Gates Correctional Institution. Hence, Mr. Rodriguez has completed sucessful programing at the prison were he is currently being housed, and he has mailed numerous certificates to this court in regard to his achievements.

At (2) Petitioner Rodriguez will not pose any danger to the public if released. He is not a violent person and he has no violent incident reports since being incarcerated. Mr. Rodriguez maintains his integrity and humility on a daily basis forgetting the past mistakes and keeping his eyes focus on his goals. He realizes that in order to reach his gaols in life he must manage his emotional life with intelligence.

And (3) the state should have no interest in keeping Mr. Rodriguez in custody.Moreover Rodriguez has made a strong showing of likelihood of success on appeal. <u>Hilton V. Braunskill</u>, 481, U.S. at 776, 107 S. Ct. 2113.

**Wherefore these reaosns,** Petitioner Rodriguez prays this most Honorable court release him on bail pending appeal.

## CERTIFICATE OF SERVICE

I hereby Certify and declare that a true and accurate copy of the foregoing motion requesting bail was mailed first class mail on this __12th__ day of __Oct__ 2006, to the Assistant U.S. Attorney at U.S. District Court at 141 Church St. New Haven Connecticut 06510.

Respectfully Submitted,

*Juan Rodriguez*
Juan Rodriguez #14078-014
Federal Correctional Institution
1900 Simler Avenue
Big Spring Texas 79720
Sunset Unit

3